

# Summons

# Collection Information Statement

In the matter of  DUSTIN K ENGLISH, 142 N MAIN ST APT 204, SAINT CHARLES, MO 63301-2868
**Internal Revenue Service** *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)*  Small Business / Self Employed
**Periods:**  Form 1040 for the calendar periods ending December 31, 2010, December 31, 2011, December 31, 2014 and December 31, 2015

## The Commissioner of Internal Revenue

**To:**  DUSTIN K ENGLISH
**At:**  142 N MAIN ST APT 204,   SAINT CHARLES, MO  63301-2868

You are hereby summoned and required to appear before CYNTHIA SMITH, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2017  To Date of Compliane with Summons

Also include all current vehicle registration certificates; deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

Exhibit 1

**Business address and telephone number of IRS officer before whom you are to appear:**

 COLLECTION - RM 142,  1122 TOWN & COUNTRY COMMONS,  CHESTERFIELD   MO  63017  (636) 255-1232

**Place and time for appearance: At**   COLLECTION - RM 142,  1122 TOWN & COUNTRY COMMONS,  CHESTERFIELD, MO  63017

**IRS**

Department of the Treasury
**Internal Revenue Service**
**www.irs.gov**
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  1st  day of  August  ,  2017  at  11:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  7th  day of  July  ,  2017

CYNTHIA SMITH                              REVENUE OFFICER
*Signature of issuing officer*                          Title

_____        _____
*Signature of approving officer (if applicable)*              Title

**Original -- to be kept by IRS**



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | | Time | |
|---|---|---|---|
| 7/10/2017 | | 1¹⁰ pm | |

**How Summons Was Served**

☑ I handed an attested copy of the summons to the person to whom it was directed.

_____

_____

☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed.  I left the copy with the following person *(if any)*.

_____

_____

| Signature | | Title | |
|---|---|---|---|
| *Smith* | | *Revenue Officer* | |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| | |

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)