UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| DUSTIN K. ENGLISH, | ) |
| | ) |
| Respondent. | ) |

**DECLARATION**

Revenue Officer Cynthia Smith declares:

1. I am a duly commissioned revenue officer employed with the Office of the Internal Revenue Service, 1122 Town and Country Commons, Room 142, Chesterfield, MO 63017. In my capacity as a revenue officer, I am conducting an investigation to determine the assets from January 01, 2017 to date of compliance for collection of unpaid personal tax liabilities for 2010, 2011, 2014 and 2015 of respondent Dustin K. English.

2. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued a summons, Internal Revenue Service Form 6637, on July 7, 2017, to respondent, requiring him to give testimony and to produce for examination his books, papers, records, or other data as described in said summons. The summons which I issued is attached to the Petition to Enforce Internal Revenue Service Summons as Exhibit 1.

3. On July 10, 2017, and in accordance with 26 U.S.C. § 7603, I served respondent by hand an attested copy of the summons described in paragraph 2 to the respondent as evidenced by the certificate of service on the second page of the summons.

4. Pursuant to the summons, respondent was to appear before me August 1, 2017. Respondent did not appear before me on August 1, 2017 or otherwise comply with the summons.

5. By letter dated August 3, 2017, respondent was provided another opportunity to comply with the summons on August 22, 2017. On August 22, 2017, respondent did not comply with the terms of the summons, by providing to appear or providing any requested documents. Respondent stated that he was not medically able to appear. Respondent's failure to comply with the summons continues to the date of this Declaration.

6. The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service.

Exhibit 2
Page 2

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. No Justice Department referral, as defined by 26 U.S.C. § 7602(d), is in effect with respect to Dustin K English for the years under investigation.

9. It is necessary to obtain respondent's testimony and to obtain his books, papers, records, or other data sought by the summons in order to determine his assets from January 01, 2017 to date of compliance for collection of his unpaid personal tax liabilities for 2010, 2011, 2014 and 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _29th_ day of _August_, 2017.

_Cynthia Smith_
Cynthia Smith
Revenue Officer

Exhibit 2
Page 3